**Order issued June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00955-CR
No. 05-13-00956-CR

**MIGUEL ARNOLDO PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Fillmore, Evans, and Lewis

Based on the Court's opinion of this date, we **GRANT** the February 28, 2014 and March 7, 2014 motions of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Miguel Arnoldo Peralta, TDCJ No. 1861965, Choice Moore Transfer Facility, 1700 North FM 87, Bonham, Texas, 75418.

/David Lewis/
DAVID LEWIS
JUSTICE